UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al., | CASE NO. 1:13CV1998 LJO SAB |
| Plaintiffs, | **ORDER TO RELATE ACTIONS AND TO REASSIGN JUDGES** |
| vs. | (Doc. 17.) |
| RICHARD W. COREY, in his official and personal capacity as Executive Officer of the California Air Resources Board, et al., | |
| Defendants. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *California Dump Truck Owners Association v. Mary D. Nichols, et al.*, Case No. 2:11CV0384 MCE GGH. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

1  On the basis of good cause, this Court ORDERS that the above-captioned action is
2 reassigned to U.S. District Judge Morrison C. England and U.S. Magistrate Judge Gregory G.
3 Hollows with a new number to be assigned by the clerk.  All documents shall bear the newly
4 assigned case number and the reassignment to U.S. District Judge England and U.S. Magistrate
5 Judge Hollows.

7 IT IS SO ORDERED.

8  Dated:   **January 22, 2014**              /s/ Lawrence J. O'Neill
9                                             UNITED STATES DISTRICT JUDGE

2