KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RANDY L. BARROW, State Bar No. 111290
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
COURTNEY S. COVINGTON, State Bar No. 259723
LINDA GÁNDARA, State Bar No. 194667
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4853
 Fax: (916) 327-2319
 E-mail: Linda.Gandara@doj.ca.gov
*Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT, <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIGUEZ in his official capacity as Secretary of the California Environmental Protection Agency, <br><br> Defendants. | 2:14-cv-00186-MCE-AC <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Date:  April 17, 2014 <br> Time:  2:00 p.m. <br> Courtroom: 7 <br> Judge:  The Honorable Morrison C. England, Jr. <br> Trial Date:  None Set <br> Action Filed:  December 6, 2013 |

1

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 17, 2014 at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 501 I Street, Courtroom 7, 14th Floor, Sacramento, California 95814, Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency, will move the Court to dismiss Plaintiffs' claims against Richard W. Corey and Mary D. Nichols in their personal capacities (Count 3 of Plaintiffs' Complaint for Declaratory and Injunctive Relief), pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the allegations in Plaintiffs' Complaint for Declaratory and Injunctive Relief fails to plead sufficient facts to support personal-capacity claims pursuant to 42 U.S.C. § 1983 against Mr. Corey and Ms. Nichols and, in any event, Mr. Corey and Ms. Nichols are entitled to qualified immunity

This motion will be based on this notice of motion and motion, the memorandum of points and authorities filed with this notice, the accompanying request for judicial notice, all pleadings and documents filed in this matter, and oral argument before this Court.

| | | |
|---|---|---|
| 1 | Dated: January 27, 2014 | KAMALA D. HARRIS |
| | | Attorney General of California |
| 2 | | RANDY L. BARROW |
| | | Supervising Deputy Attorney General |
| 3 | | NICHOLAS STERN |
| | | COURTNEY S. COVINGTON |
| 4 | | Deputy Attorneys General |

/s/ Linda Gándara
LINDA GÁNDARA
Deputy Attorney General
*Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency*

SA2013311515
31878234.doc

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al. v. RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; et al.** | No. **1:13-CV-01998-LJO-SAB** |

I hereby certify that on January 27, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 27, 2014, at Sacramento, California.

| | |
|---|---|
| LINDA GÁNDARA | /s/ *Linda Gándara* |
| Declarant | Signature |

1