1 | Paul D. Cullen, Sr. (DC Bar #100230) (pdc@cullenlaw.com)
2 | Daniel E. Cohen (D.C. Bar # 414985) (dec@cullenlaw.com)
David A. Cohen (D.C. Bar # 481747) (dac@cullenlaw.com)
3 | Paul D. Cullen, Jr. (D.C. Bar # 463759) (pxc@cullenlaw.com)
The Cullen Law Firm, PLLC
4 | 1101 30th Street, NW, Suite 300
Washington, D.C. 20007
5 | (202) 944-8600
Fax (202) 944-8611
6 | *Lead counsel, appearing pro hac vice*

7 |
Brian Leighton, CA BAR #090907
8 | Brian Leighton Law Offices
701 Pollasky Avenue
9 | Clovis, CA 93612
(559) 297-6190
10 | Fax (559) 297-6194
Email: bleighton@arrival.net &
11 | kbarker@arrival.net
12 | *Local counsel*

13 | ***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency,<br><br>Defendants. | CASE NO.  2:14-CV-00186-MCE-AC<br><br>**STIPULATION CONTINUING JOINT STATUS REPORT AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' RULE 12(b) MOTION [FED. R. CIV. PROC. 12(b)]; AND ORDER THEREON** |

1

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER and RUSSELL A. SHORT, and Defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel of record, enter into this Stipulation based upon the following facts:

1.      On December 6, 2013, Plaintiffs filed their complaint for declaratory and injunctive relief in this action in the Eastern District of California, Fresno Division. The complaint was served on all of the Defendants on December 9, 2013.

2.      Plaintiffs gave Defendants two separate extensions of time to file a response to the complaint. The last extension granted Defendants until January 27, 2014 in which to file a response to the complaint. Defendants had indicated that they intended to file a Rule 12(b) motion pursuant to Federal Rules of Civil Procedure. On January 27, 2014, Defendants did file such a motion and it is set for a hearing on April 17, 2014.

3.      On January 16, 2014, Defendants filed a Notice of Related Case alleging that this case is related to the case of California Dump Truck Owners Association v. Nichols, Case No. 2:11-CV-00384-MCE-GGH.

4.      On January 22, 2014, the Honorable Lawrence J. O'Neil filed an Order to Relate Actions and to Reassign Judges.

5.      On January 22, 2014, the parties received an Order Requiring Joint Status Report which stated that the case has been transferred to the Honorable Morrison C. England, Jr., Sacramento Division of the Eastern District of California and that the parties are to file a joint status report within sixty (60) days after service of the complaint.

6.     The parties have met and conferred regarding this matter and believe that an extension of time of up to sixty (60) days after the Court issues its ruling on the Defendants' motion, currently set for a hearing on April 17, 2014, is necessary to file the joint status report. The parties believe that the Court's ruling on the Defendants' motion will promote judicial economy and narrow the issues regarding the Rule 26(a) initial disclosures and the preparation of the joint status report.

7.     The parties have further agreed to the following briefing schedule regarding Defendants' motion: Defendants' motion will be filed on January 27, 2014 (which has now been filed); Plaintiffs' opposition on March 27, 2014; Defendants' reply on April 10, 2014.  The hearing on said motion is to be held on April 17, 2014.

## **STIPULATION**

THEREFORE, the parties to this action, through their respective counsel of record, stipulate as follows:

1.     Defendants will file their Rule 12(b) motion on January 27, 2014.

2.     Plaintiffs' opposition to said motion is to be filed on or before March 27, 2014.

3.     Defendants' reply is to be filed on or before April 10, 2014.  The hearing on said motion is scheduled for April 17, 2014.

4.     The joint status report will be due sixty (60) days from the date of the Court's ruling on Defendants' 12(b) motion.

5.     The Rule 26(a) initial disclosures will be stayed pending the Court's ruling on the Defendants' motion.

DATED: January 28, 2014                    Respectfully submitted,

/S/ BRIAN C. LEIGHTON
_____
Brian Leighton
Brian Leighton Law Offices
701 Pollasky Ave.
Clovis, CA 93612
(559) 297-6190

3

|  |  |
|---|---|
|  | Paul D. Cullen, Sr.<br>Daniel E. Cohen<br>David A. Cohen<br>Paul D. Cullen, Jr.<br>The Cullen Law Firm, PLLC<br>1101 30th Street, NW, Suite 300<br>Washington, D.C. 20007<br>(202) 944-8600 |
|  | *Attorneys for Plaintiffs* |
| DATED: January 28, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>RANDY L. BARROW<br>Supervising Deputy Attorney General |
|  | /S/ LINDA GANDARA<br>_____<br>Nicholas Stern, State Bar # 148308<br>Courtney S. Covington, State Bar # 259723<br>Linda Gandara, State Bar # 194667<br>Deputy Attorneys General<br>1300 "I" Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 445-4853<br>Fax: (916) 327-2319<br>Email: Linda.Gandara@doj.ca.gov |
|  | *Attorneys for Defendants* |

4

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED THAT:

Defendants' Rule 12(b) motion shall be filed on January 27, 2014; Plaintiffs opposition to said motion is to be filed on or before March 27, 2014; Defendants' reply is to be filed on or before April 10, 2014; the hearing on said motion is scheduled for April 17, 2014; the joint status report will be due sixty (60) days from the date of the Court's ruling on Defendants' 12(b) motion; and the Rule 26(a) initial disclosures are stayed pending the Court's ruling on the Defendants' motion.

IT IS SO ORDERED.

Dated: February 5, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT