Paul D. Cullen, Sr. (DC Bar #100230) (pdc@cullenlaw.com)
Daniel E. Cohen (D.C. Bar # 414985) (dec@cullenlaw.com)
David A. Cohen (D.C. Bar # 481747) (dac@cullenlaw.com)
Paul D. Cullen, Jr. (D.C. Bar # 463759) (pxc@cullenlaw.com)
The Cullen Law Firm, PLLC
1101 30th Street, NW, Suite 300
Washington, D.C. 20007
(202) 944-8600
Fax (202) 944-8611
*Lead counsel, appearing pro hac vice*

Brian Leighton, CA BAR #090907
Brian Leighton Law Offices
701 Pollasky Avenue
Clovis, CA 93612
(559) 297-6190
Fax (559) 297-6194
Email: bleighton@arrival.net &
       kbarker@arrival.net
*Local counsel*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT,<br><br>          Plaintiffs,<br>     v.<br><br>RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency,<br><br>          Defendants. | **CASE NO.** 2:14-CV-00186-MCE-AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS IN THEIR PERSONAL CAPACITIES, WITHOUT PREJUDICE [FED. R. CIV. PROC. 41(a)(1)(A)(ii)]**<br><br>TRIAL DATE:     None<br><br>ACTION FILED:   December 6, 2013 |

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER and RUSSELL A. SHORT, and Defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel of record, hereby stipulate that the complaint against Richard W. Corey and Mary D. Nichols, in their personal capacities only, be dismissed without prejudice. The parties further stipulate that Defendants Corey and Nichols will remain as Defendants in their official capacities only. The parties further stipulate that this dismissal does not affect Defendant Matt Rodriquez, as he was only sued in his official capacity as the Secretary of the California Environmental Protection Agency.

DATED: March 25, 2014          Respectfully submitted,

/S/ Brian C. Leighton

Brian Leighton
Brian Leighton Law Offices
701 Pollasky Ave.
Clovis, CA 93612
(559) 297-6190

Paul D. Cullen, Sr.
Daniel E. Cohen
David A. Cohen
Paul D. Cullen, Jr.
The Cullen Law Firm, PLLC
1101 30th Street, NW, Suite 300
Washington, D.C. 20007
(202) 944-8600

*Attorneys for Plaintiffs*

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS
IN THEIR PERSONAL CAPACITIES, WITHOUT PREJUDICE
[FED. R. CIV. PROC. 41(a)(1)(A)(ii)]**

2

| | |
|---|---|
| 1  DATED: March 25, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>RANDY L. BARROW<br>Supervising Deputy Attorney General |

/S/ Linda Gandara

_____
Nicholas Stern, State Bar # 148308
Courtney S. Covington, State Bar # 259723
Linda Gandara, State Bar # 194667
Deputy Attorneys General
1300 "I" Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-4853
Fax: (916) 327-2319
Email: Linda.Gandara@doj.ca.gov

*Attorneys for Defendants*

---

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS
IN THEIR PERSONAL CAPACITIES, WITHOUT PREJUDICE
[FED. R. CIV. PROC. 41(a)(1)(A)(ii)]**

3