UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY, et al.,<br><br>Defendants. | No. 2:14-cv-00186-MCE-AC<br><br>**ORDER** |

On March 25, 2014, the parties stipulated that Plaintiffs' Complaint against Defendants Richard W. Corey and Mary D. Nichols, in their personal capacities only, be dismissed without prejudice. ECF No. 26. The parties further stipulated that Defendants Corey and Nichols will remain as Defendants in their official capacities only and that Defendant Matt Rodriquez will also remain as a Defendant only in his official capacity. Id. Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Defendants Richard W. Corey and Mary D. Nichols, in their personal capacities only, are DISMISSED WITHOUT PREJUDICE.[1]

---

[1] Although the docket currently shows that all three individual Defendants, Corey, Nichols and Rodriguez, were named as Defendants in both their official and personal capacities, only Defendants Corey and Nichols were initially named in their personal capacities. See ECF No. 1 at 7-8, ¶¶ 24-26. Plaintiffs named Rodriguez as a Defendant in his official capacity only. See id. at 8 ¶ 26.

On January 27, 2014, Defendants moved to dismiss Defendants Corey and Nichols in their personal capacities.  Mot., ECF No. 21.  In light of the parties' stipulations, ECF Nos. 26-27, Defendants' Motion, ECF No. 21, is DENIED as MOOT.  <u>See</u> ECF No. 27 at 3 (¶ 5).

As set forth above, IT IS HEREBY ORDERED THAT:

1. Defendants Richard W. Corey and Mary D. Nichols, in their personal capacities only, are DISMISSED WITHOUT PREJUDICE;

2. Defendants Richard W. Corey, Mary D. Nichols and Matt Rodriquez remain Defendants in their official capacities only; and

2. Defendant's Motion, ECF No. 21, is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  March 27, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT