UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY, et. al.,<br><br>Defendants. | No.  2:14-cv-00186-MCE-AC<br><br><br>**STIPULATION AND ORDER** |

Based on the parties stipulation, ECF No. 27, IT IS HEREBY ORDERED THAT:

Defendants' Federal Rule of Civil Procedure 12(c) motion shall be filed by May 15, 2014.  The joint status report will be due sixty (60) days from the date of the Court's ruling on Defendants' 12(c) motion, and the stay of the Rule 26(a) initial disclosures is continued pending the Court's ruling on the Defendants' Rule 12(c) motion.

IT IS SO ORDERED.

Dated:  March 27, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT