1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | RANDY L. BARROW, State Bar No. 111290
Supervising Deputy Attorney General
3 | NICHOLAS STERN, State Bar No. 148308
COURTNEY S. COVINGTON, State Bar No. 259723
4 | LINDA GÁNDARA, State Bar No. 194667
Deputy Attorneys General
5 |  1300 I Street, Suite 125
P.O. Box 944255
6 |  Sacramento, CA 94244-2550
Telephone: (916) 445-4853
7 |  Fax: (916) 327-2319
E-mail: Linda.Gandara@doj.ca.gov
8 | *Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT,**<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIGUEZ in his official capacity as Secretary of the California Environmental Protection Agency,**<br><br>Defendants. | 2:14-cv-00186-MCE-AC<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; ORDER**<br><br>Date:         June 26, 2014<br>Time:        2:00 p.m.<br>Courtroom: 7<br>Judge:       The Honorable Morrison C. England, Jr.<br>Trial Date:  None Set<br>Action Filed: December 6, 2013 |

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER and RUSSELL A. SHORT (collectively Plaintiffs), and Defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board, MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board, and MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel of record, stipulate as follows:

1. Defendants will file their motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) on or before May 15, 2014.

2. Plaintiffs' opposition to Defendants Rule 12(c) motion will be filed on or before June 5, 2014.

3. Defendants' reply to Plaintiffs' opposition will be filed on or before June 19, 2014.

4. The hearing on Defendants' motion for judgment on the pleadings is scheduled for June 26, 2014, at 2:00 p.m. in Courtroom 7 of the above-entitled Court.

DATED: April 25, 2014                    Respectfully submitted,

/S/ BRIAN C. LEIGHTON
_____
Brian Leighton
Brian Leighton Law Offices
701 Pollasky Ave.
Clovis, CA 93612
(559) 297-6190

Paul D. Cullen, Sr.
Daniel E. Cohen
David A. Cohen
Paul D. Cullen, Jr.
The Cullen Law Firm, PLLC
1101 30th Street, NW, Suite 300
Washington, D.C. 20007
(202) 944 8600

Attorneys for Plaintiffs

2

DATED: April 25, 2014

KAMALA D. HARRIS
Attorney General of California
RANDY L. BARROW
Supervising Deputy Attorney General

/S/ LINDA GANDARA
_____
Nicholas Stern, State Bar # 148308
Courtney S. Covington, State Bar # 259723
Linda Gandara, State Bar # 194667
Deputy Attorneys General
1300 "I" Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-4853
Fax: (916) 327-2319
Email: Linda.Gandara@doj.ca.gov

Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation, Defendants' Rule 12(c) motion shall be filed on or before May 15, 2014; Plaintiffs' opposition to said motion shall be filed on or before June 5, 2014; Defendants' reply shall be filed on or before June 19, 2014; the hearing on said motion is scheduled for June 26, 2014, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  April 30, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3