KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RANDY L. BARROW, State Bar No. 111290
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
COURTNEY S. COVINGTON, State Bar No. 259723
LINDA GÁNDARA, State Bar No. 194667
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4853
 Fax: (916) 327-2319
 E-mail: Linda.Gandara@doj.ca.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; et al.,**<br><br>Defendants. | 2:14-cv-00186-MCE-AC<br><br>**STIPULATION CONTINUING JOINT STATUS REPORT AND INITIAL DISCLOSURES; ORDER**<br><br>Trial Date:      None Set<br>Action Filed:  December 6, 2013 |

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN; BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, RUSSELL A. SHORT, and JACK CODY d/b/a CODY TRANSPORT (collectively Plaintiffs), and Defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board, MARY D. NICHOLS; in her official and personal capacity as Chairman of the California Air Resources Board, and MATT

1

RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel of record, enter into this Stipulation based upon the following facts:

1.  On May 15, 2014, Defendants filed the motion for judgment on the pleadings on Plaintiffs' original complaint pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 33).

2.  On October 29, 2014, the Court granted Defendants' motion for judgment on the pleadings, with leave to amend. (ECF No. 40).  Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief and Damages on November 18, 2014. (ECF No. 41).

3.  On December 2, 2014, Defendants filed a motion to dismiss or, in the alternative, to strike, Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages (Motion to Dismiss). (ECF No. 42).  Accordingly, the parties agree that it will promote judicial economy for the Court to enter a stay of the Rule 26(a) initial disclosures on Plaintiffs' amended complaint and extend the time to file the joint status report to thirty (30) days after the Court issues its ruling on the Defendants' Motion to Dismiss.

### **STIPULATION**

THEREFORE, the parties to this action, through their respective counsel of record, stipulate as follows:

1.  The joint status report will be due thirty (30) days from the date of the Court's ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages.

2.  The Rule 26(a) initial disclosures will be stayed pending the Court's ruling on the Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages.

DATED: December 17, 2014          Respectfully submitted,

                                              */s/ Daniel E. Cohen*
                                              Brian Leighton
                                              *Attorneys for Plaintiffs*

DATED: December 17, 2014

KAMALA D. HARRIS
Attorney General of California
RANDY L. BARROW
Supervising Deputy Attorney General

  */s/ Courtney Covington*
Courtney S. Covington, State Bar # 259723
*Attorneys for Defendants*

## **ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED THAT:

The joint status report will be due thirty (30) days from the date of the Court's ruling on Defendants' Motion to Dismiss or, in The Alternative, to Strike Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages and the Rule 26(a) initial disclosures are stayed pending the Court's ruling on the Defendants' Defendants' Motion to Dismiss or, in The Alternative, to Strike Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages.

IT IS SO ORDERED.

Dated:  January 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT